**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JESUS GONZALEZ, *an individual,*

      Plaintiff,                              CASE NO.:    1:20-cv-22639-RNS

v.

CARIBBEAN INVESTMENT AMERICA LLC,
d/b/a VILLA ITALIA HOTEL,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

      Plaintiff, JESUS GONZALEZ, hereby notifies this Court that a settlement in principle has been reached in this case. The parties are in the process of finalizing the terms of their agreement and request a stay for thirty (30) days for Plaintiff to either file his Notice of Dismissal with Prejudice or for litigation to resume.

      DATED this **30th** day of **July,** 2020.

                                          Respectfully Submitted,

                                          LAW OFFICES OF NOLAN KLEIN, P.A.
                                          *Attorneys for Plaintiff, Jesus Gonzalez*
                                          5550 Glades Road, Ste. 500
                                          Boca Raton, FL 33431
                                          PH: (954) 745-0588

                                By:  */s/ Nolan Klein*
                                          NOLAN KLEIN, ESQ.
                                          Florida Bar No. 647977
                                          klein@nklegal.com
                                          amy@nklegal.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **30th** day of **July,** 2020.

By:  */s/ Nolan Klein*
NOLAN KLEIN, ESQ.
Florida Bar No. 647977
